UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 17-7183-MWF(SSx)**                             Dated: **September 25, 2018**

Title:      Bank Leumi USA -v- R and R Food Services, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on September 24, 2018, as to R and R Food Services, LLC, the Court sets a hearing for Order To Show Cause Re Default Judgment for **October 29, 2018** at **11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged*.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.