JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK LEUMI USA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>R&R FOOD SERVICES LLC, an Oklahoma limited liability company, and Robert L. Brown, Jr., an individual,<br><br>　　　　Defendants. | Case No. CV 17-7183-MWF-SSx<br><br>**JUDGMENT** |

In accordance with the Order Granting Plaintiff Bank Leumi USA's Motion for Default Judgment Against Defendant R&R Food Services LLC (Docket No. 69) and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of Plaintiff on its first claim for relief seeking "judicial declaration stating that [Plaintiff] did not violate any contractual agreement or standard of care owed to [Defendant R&R], if any, and that [Plaintiff] acted properly in providing [Blackstone Consulting, Inc.] and its agents with access to the Account." (Complaint ¶ 20 (Docket No. 1)).

2. Plaintiff is awarded costs of $1,188.79.

Dated: November 5, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge